UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21379-CIV-WILLIAMS

JUAN M. GONZALEZ,

    Plaintiff,

v.

UNIVERSAL GROUP 1, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' joint motion for approval of their settlement agreement. (DE 21). To approve a settlement agreement in a Fair Labor Standards Act ("FLSA") case, the Court must determine that the compromise is a fair and reasonable resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Furthermore, where a plaintiff is represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009).

Here, the Court finds that the compromise reached by the Parties is a fair and reasonable resolution of this dispute. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Parties' Motion (DE 21) is **GRANTED**, and the Settlement Agreement is **APPROVED**.

2. This action is **DISMISSED WITH PREJUDICE**, with each side to bear its own fees and costs except as otherwise provided in the Settlement Agreement.

3. The Court retains jurisdiction solely to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in chambers in Miami, Florida, this <u>13th</u> day of November, 2020.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE